IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROSS D. HAWLEY,

        Plaintiff,

v.

CLACKAMAS COUNTY
CIRCUIT COURT,

        Defendant.

Case No. 3:15-cv-146-JR

ORDER

MCSHANE, Judge:

    Magistrate Judge Jolie Russo filed a Findings and Recommendations (ECF No. 43), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff filed objections to the Findings and Recommendation. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I conclude the report is correct in full.

    Judge Russo's discussion details concisely the developed case law as it applies to Plaintiff's asserted grounds for relief, and reaches, with thorough analysis, the correct conclusions.

1 –ORDER

I adopt the Findings and Recommendation (ECF No. 43). Plaintiff's Petition for Writ of Habeas Corpus, (ECF No. 2), is DENIED.

IT IS SO ORDERED.

DATED this 18th day of October, 2016.

          /s/ Michael J. McShane     
Michael J. McShane
United States District Judge

2 –ORDER